```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
                               :
UNITED STATES OF AMERICA       :     SEALED
                               :     INDICTMENT
     -v-                       :
                               :     S1 07 Cr. 446
JOSE OCTAVIO ESPARZA-LOPEZ,    :
   a/k/a "Licenciado,"         :
   a/k/a "Ingenierio,"         :
                               :
          Defendant.           :
- - - - - - - - - - - - - - -x
```

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about March 2004, up to and including in or about September 2006, in the Southern District of New York and elsewhere, JOSE OCTAVIO ESPARZA-LOPEZ, a/k/a "Licenciado," a/k/a "Ingenierio," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSE OCTAVIO ESPARZA-LOPEZ, a/k/a "Licenciado," a/k/a "Ingenierio," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

## Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

    a. On or about February 4, 2005, JOSE OCTAVIO ESPARZA-LOPEZ, a/k/a "Licenciado," a/k/a "Ingenierio," the defendant, had a conversation over the telephone with a co-conspirator not named as a defendant herein ("CC-1") concerning a delivery of drug proceeds.

    b. In or about 2005, a co-conspirator not named as a defendant herein ("CC-2") received a delivery of cocaine in New York, New York.

(Title 21, United States Code, Section 846.)

_____       _____
FOREPERSON                                 MICHAEL J. GARCIA
                                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

JOSE OCTAVIO ESPARZA-LOPEZ,
    a/k/a "Licenciado,"
    a/k/a "Ingenierio,"

**Defendant.**

**INDICTMENT**

S1 07 CR 446

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

HR 6/6/07 Indictment filed under seal. A/W issued for José Octavio Esparza-Lopez.
Francis, J.