ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

       - v. -                          :        ORDER

JOSE OCTAVIO ESPARZA-LOPEZ,              :        S1 07 Cr. 446
   a/k/a "Licenciado,"
   a/k/a "Ingenierio,"                    :

           Defendant.         :

- - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by and through Assistant United States Attorney Eugene Ingoglia, it is hereby ORDERED that Indictment S1 07 Cr. 446, which was filed under seal on or about June 6, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        August 6, 2007

                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK