UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: 8/30/07

DEFENDANT: Jose Octavio Esparza-Lopez

DOCKET #: 07 CR. 446

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
THE METROPOLITAN DETENTION CENTER,
OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

1) reports severe back pain
   takes prescription medication for it, but doesn't recall the name.

Please evaluate and treat as necessary.

_____
United States Magistrate Judge

AUG 3 0 2007