UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

JOSE OCTAVIO ESPARAZA-LOPEZ,                07 Cr. 446 (VM)

                                            **ORDER**

                              Defendant.

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the next conference for defendant be rescheduled from November 16, 2007 to December 14, 2007, at 9:45 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until December 14, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       15 November 2007

                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 11-15-07



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

**BY FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    United States v. Jose Octavio Esparza-Lopez
>          S1 07 Cr. 446 (VM)

Dear Judge Marrero:

        The Government respectfully submits this letter, after speaking with Your Honor's clerk, to request jointly with the defense an adjournment of the pre-trial conference scheduled for November 16, 2007, to the morning of December 14, 2007, at 9:45 a.m.

        The Government requests, with the consent of defense counsel, that the time between now and December 14, 2007, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The defense will use the time to review discovery, and to continue discussions with the Government concerning a possible pre-trial disposition of the matter.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                            By:  _____
                                    Eugene Ingoglia
                                    Assistant United States Attorney
                                    Tel.: (212) 637-1113

cc:    Kelley Sharkey, Esq.